DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

A.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES, and STATEWIDE
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2025-2060
_____

January 9, 2026

Appeal from the Circuit Court for Hillsborough County; Lisa Denise
Campbell, Judge.

Thomas John Butler of Thomas Butler, P.A., Miami, for Appellant.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mia
Victoria Tolliver, Pro Bono Guardian ad Litem, Statewide Guardian ad
Litem Office, Tallahassee, for Appellee Statewide Guardian ad Litem
Office.

Mary Matthews Soorus, Children's Legal Services, Tampa, for Appellee
Department of Children and Families.

PER CURIAM.

Affirmed.


LUCAS, C.J., and KELLY, and VILLANTI, JJ., Concur.

_____


Opinion subject to revision prior to official publication.